**Order entered July 16, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00639-CR

**JOHN DEE PLASTER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F10-34490-P**

## ORDER

The Court **REINSTATES** the appeal.

On June 28, 2013, we ordered the trial court to make findings regarding why the reporter's record had not been filed. We, however, received the reporter's record on June 26, 2013. Therefore, findings are not needed and we **VACATE** the June 28, 2013 order.

Appellant's brief is due within thirty days of the date of this order.

/s/      CAROLYN WRIGHT
CHIEF JUSTICE